UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICKY BRYANT ) | |
| R# 113-000 ) | |
| Lewisburg USP ) | Civil Action No.: 08-0315 (ESH) |
| P.O. Box 1000 ) | |
| Lewisburg, PA 17837 ) | |
| ) | |
|       Plaintiff ) | |
| v. ) | |
| ) | |
| EDWARD F. REILLY, JR. ) | |
| Chairman ) | |
| ) | |
| ISAAC FULWOOD ) | |
| Commissioner ) | |
| ) | |
| CRANSTON MITCHELL ) | |
| Commissioner ) | |
| ) | |
| DEBORAH A. SPAGNOLI ) | |
| Commissioner ) | |
| ) | |
| PATRICIA K. CUSHWA ) | |
| Commissioner ) | |
| ) | |
| UNITED STATES PAROLE COMMISSION ) | |
| 5550 Friendship Blvd., Suite 420 ) | |
| Chevy Chase, MD 20815-7286 ) | |
| ) | |
|       Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Ricky Bryant**, by U.S. Postage addressed as follows:

**Ricky Bryant**
R# 113-000
Lewisburg, USP
P.O. Box 1000
Lewisburg, PA 17837

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309