UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
|                                      |
| **RICKY BRYANT,**                    | )
|                                      | )
|         **Plaintiff,**               | )
|                                      | )
|         v.                           | )   Civil Action No. 08-315 (ESH)
|                                      | )
| **EDWARD F. REILLY, JR., et al.**    | )
|                                      | )
|         **Defendants.**              | )
|_____| )

**MOTION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), defendants hereby move for a 14-day extension to respond to plaintiff's Complaint.[1]  Good cause exists for the Court to grant this modest extension.  In support of this motion, defendants state as follows:

1. In the Complaint, the *pro se* prisoner plaintiff alleges that the United States Parole Commission unlawfully denied him parole.

2. Defendants' response to the Complaint is currently due on May 27, 2008.

3. Defendants have been diligently reviewing the allegations in the Complaint and the legal claims asserted by the plaintiff.  Defendants anticipate filing a dispositive motion in response to the Complaint.  However, defendants need additional time to prepare their response.

4. Accordingly, defendants respectfully request that the Court grant them an additional two weeks to respond to the Complaint.

6. This is defendants' first request for an extension.

---

[1] Plaintiff is proceeding *pro se* and is incarcerated at a penitentiary.  Therefore, LcvR 7(m) is not applicable to this motion.

A proposed order is submitted herewith.

                          Respectfully submitted,

                          /s/
                        JEFFREY A. TAYLOR , D.C. Bar # 498610
                        United States Attorney

                          /s/
                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                        Assistant United States Attorney

                          /s/
                        HARRY B. ROBACK, D.C. Bar # 485145
                        Assistant United States Attorney
                        United States Attorneys Office
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 616-5309

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICKY BRYANT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-315 (ESH) |
| ) | |
| **EDWARD F. REILLY, JR., et al.** ) | |
| ) | |
| **Defendants.** ) | |

**PROPOSED ORDER**

Upon consideration of defendants' motion to extend time to respond to plaintiff's Complaint, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that defendants shall respond to plaintiff's Complaint by June 10, 2008.

SO ORDERED.


Date: _____                                    _____
                                                    United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that on this 23rd day of May, 2008, a copy of defendants' motion to extend time to respond to the complaint was mailed to plaintiff at the following address:

Ricky Bryant
R# 113-000
Lewisburg USP
P.O. Box 1000
Lewisburg, PA 17837

                                                  /s/
                                    Harry Roback