UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICKY BRYANT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 08-315 (ESH) |
| | ) |
| EDWARD F. REILLY, JR., et al. | ) |
| | ) |
|     Defendants. | ) |

**MOTION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), defendants hereby move for a one week extension to respond to plaintiff's Complaint.[1] Good cause exists for the Court to grant this modest extension. In support of this motion, defendants state as follows:

1. In the Complaint, the *pro se* prisoner plaintiff alleges that the United States Parole Commission unlawfully denied him parole.

2. Defendants' response to the Complaint is currently due on June 10, 2008.

3. Defendants have been diligently reviewing the allegations in the Complaint and the legal claims asserted by the plaintiff. Defendants anticipate filing a dispositive motion in response to the Complaint. However, defendants need additional time to prepare their response.

4. Accordingly, defendants respectfully request that the Court grant them an additional seven days to respond to the Complaint.

6. This is defendants' second request for an extension.

---

[1] Plaintiff is proceeding *pro se* and is incarcerated at a penitentiary. Therefore, LcvR 7(m) is not applicable to this motion.

A proposed order is submitted herewith.

                                    Respectfully submitted,

                                    /s/
                                JEFFREY A. TAYLOR , D.C. Bar # 498610
                                United States Attorney

                                    /s/
                                RUDOLPH CONTRERAS, D.C. Bar # 434122
                                Assistant United States Attorney

                                    /s/
                                HARRY B. ROBACK, D.C. Bar # 485145
                                Assistant United States Attorney
                                United States Attorneys Office
                                555 4th Street, N.W.
                                Washington, D.C. 20530
                                (202) 616-5309

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICKY BRYANT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-315 (ESH) |
| ) | |
| **EDWARD F. REILLY, JR., et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of defendants' motion to extend time to respond to plaintiff's Complaint, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that defendants shall respond to plaintiff's Complaint by June 17, 2008.

SO ORDERED.


Date: _____                              _____
                                              United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of June, 2008, a copy of defendants' motion to extend time to respond to the complaint was mailed to plaintiff at the following address:

Ricky Bryant  
R# 113-000  
Lewisburg USP  
P.O. Box 1000  
Lewisburg, PA 17837

                                            /s/  
                                    Harry Roback