7/2/08

Rickey Bryant
    Plaintiff

      v                      Case # 08-0315 (ESH)

Edward F. Reilly, et al,

    Defendants.

Let this be held
ESH
7/14/08

Letter Motion
Asking for an extension of time to respond to defendants motion to dismiss:
Also Plaintiff ask the Courts to appoint Legal assistance:

Dear Judge Ellen Segal Huvelle:

    I the plaintiff in this case would like to inform the courts, that this institution has been on lockdown sence 7/2/08, leaving plaintiff no way to research any argument to defendants motion to dimiss. (see att. memos)

    Plaintiff also contends that he is a layman in the law, and ask the courts too appoint

2)

any legal help it deems. Due to the gross disadvantage suffer'd by plaintiff. I pray that the courts grant plaintiffs motion.

Rickey Bryant
#00113-000
USP Lewisburg
P.O. Box 1000
Lewisburg PA. 17837



UNITED STATES GOVERNMENT

# MEMORANDUM

United States Penitentiary
Lewisburg, Pennsylvania 17837

July 3, 2008

FROM:      C. Maiorana, AW(P/C)

SUBJECT:   Lock Down

TO:        Inmate Population


Due to the serious nature of inmate assaults which occurred on Wednesday, July 2, the institution will remain on lock down status throughout the remainder of the week, and through the weekend. On Monday, July 7, we will reassess the situation, and make a decision regarding the lock down status of the institution.

Meals will be provided at your cells. Visitation for this time frame has been canceled. We will continue showers on Monday, July 7, along with linen and clothing exchange.