UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

*Let this be filed*
*ESH 8/19/08*

RICKY BRYANT, )
    Plaintiff )
 )
 )
v. ) Civil No.: 08-315 (ESH)
 )
 )
EDWARD F. REILLY, et al, )
    Defendants )

PLAINTIFF'S MOTION TO WITHDRAW
AND/OR
DISMISS THE COMPLAINT WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Ricky Bryant, proceeding pro se, and moves this Honorable Court to allow him to withdraw his section 1983 complaint. In the alternative, the Plaintiff requests that this Court dismiss the complaint without prejudice. In support thereof, the following is asserted:

1. On July 22, 2003, the Parole Commission denied the Plaintiff parole;

2. On February 25, 2008, the Plaintiff filed a civil complaint against the Parole Commission under 42 U.S.C. § 1983;

3. In the complaint the Plaintiff alleged that the Parole Commission (and individual parole commissioners) violated the Ex Post Facto Clause and Due Process Clause of

the Fifth and Fourteenth Amendments when it relied on the 2000 Guidelines;

4. On June 17, 2008, the defendants filed a motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure, rule 12(b)(6);

5. Based on the Plaintiff's unfamiliarity with the rules governing civil procedure, and the complex practice of civil law, the Plaintiff is seeking to withdraw the complaint, and does intend to consult with and hire a professional attorney to advise him as to the correct course of action to pursue his challenges to his parole denial;

6. The Plaintiff is also unable to properly litigate the allegations in the civil complaint, as the Plaintiff does not have access to the "1987 D.C. Code Parole Regulations and Guidelines" and/or the "1979/1980 Regulations";

7. The interests of Justice and Judicial economy is better benefitted from by allowing the Plaintiff to withdraw the complaint.

## CONCLUSION

For all the foregoing reasons, the Plaintiff, Ricky Bryant, respectfully requests that this Court either allow him to withdraw his civil complaint or dismiss the complaint without prejudice.

Respectfully Submitted,

Ricky Bryant, Plaintiff, pro se

# CERTIFICATE OF SERVICE

I, **Ricky Bryant**                    , hereby certify that I have served a true and correct copy of the foregoing:

**Motion to withdraw and / or Dismiss the Complaint without prejudice**

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

```
Office of the Assistant U.S. Attorney
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C.  20530
```

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this **12th** day of **August**, 2008

Respectfully Submitted,

*Ricky Bryant*
Ricky Bryant, pro-se

REG. NO. **00113-000**