UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICKY BRYANT,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0315 (ESH) |
| **EDWARD F. REILLY,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

Based on the representations contained therein, plaintiff's Motion to Withdraw and/or Dismiss the Complaint Without Prejudice [Dkt. # 14] is **GRANTED**, and the case is hereby dismissed without prejudice.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 19, 2008